UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 572 HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>                Defendant. | C.A. No.: 12-1379 (MAS)(LHG) |
| UNITED FOOD AND COMMERCIAL WORKERS INTERNATIONAL UNION, LOCAL 464A HEALTH AND WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>                Defendant. | C.A. No.: 12-3652 (MAS)(LHG) |

**STIPULATION OF VOLUNTARY DISMISSAL OF CLAIMS
AGAINST MERCK & CO., INC.**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Plumbers and Pipefitters Local 572 Health and Welfare Fund and United Food and Commercial Workers International Union, Local 464A Health and Welfare Fund and Defendant Merck & Co., Inc. stipulate to dismissal with prejudice of all claims in these actions, each side to bear their own fees and costs. This voluntary dismissal is not the result of a settlement.

Respectfully submitted on November 3, 2014,

| | |
|---|---|
| /s/ Thomas M. Sobol<br>Thomas M. Sobol<br>Lauren Guth Barnes<br>HAGENS BERMAN SOBOL SHAPIRO LLP | /s/ Douglas S. Eakeley<br>Douglas S. Eakeley<br>Gavin J. Rooney<br>LOWENSTEIN SANDLER LLP |

So Ordered this 5 day of November, 2014